## Memorandum

Ronald C. Machen Jr.
**United States Attorney**
**District of Columbia**



| Subject: Filing formal grievance for my 2012 evaluation. I request immediate cease of retaliatory attacks, unwarranted forced details, and continued harassment; additionally violation of my constitutional rights. | Date: February 5, 2013 |
|---|---|
| To: Vincent Cohen, Principal Assistant United States | From: Phaylyn M. Hunt Paralegal Specialist |

Furthermore, I am seeking permanent status and assignment to the Homicide Section.

I Phaylyn M. Hunt have 30 years tenure of dedicated and loyal service in the US Attorney's Office. Throughout my years of patronage the last two in the Homicide Section, I've shown respect and professionalism to all attorneys, staff and law enforcement officers. I have received exceptional evaluations and numerous awards for my work here at the United States Attorney's Office. I have worked in several sections, units in this company. I have aggressively pursued verity to enhance my performance, support my attorneys in this organization. In fact this is clearly established by my previous outstanding evaluations and awards received over my thirty years in this office.

January 23, 2013, I received a 2012 evaluation mark <u>satisfactory</u>. After viewing and questioning the outstanding employee marked as a satisfactory employee. Sharon cited the following reasons for the grade: "You don't follow office policy, shutting your office door, coming to work late without calling", when I tried to discuss the comments, she abruptly cut me off exclaiming whether or not I was going to sign the evaluation. I again attempted to address her statements and she remarked that she did not have time and she had things to do.

I expressed to Sharon she was ~~not fair towards~~ me thus the evaluation nor the work plan was signed. ~~I am requesting~~ all documents regarding my evaluation viewed by Chief Ragsdale or Deputy Chiefs from Homicide Section. Once this is fairly investigated, I will gladly sign my evaluation. I am and will continue to be an outstanding employee with this office.

January 28, 2013, Sharon Newman and Denise Clark scrupulously in comment and deed took action detrimental to my career, character and livelihood. Their ruthless intent and ongoing harassment is ridiculous and without foundation. They both appear too collaborated to harass me personally by telling me, I'm substandard and unwanted

in my current position and will be removed immediately and without proper warning or counseling.

The reasons given by Sharon via Denise are; lack of communication with my attorneys and others, not getting along with attorneys and co-workers of Homicide, and not properly notifying my attorneys when taking leave. I asked for written comments to validation and substantiate their claims and was flatly refused by Denise. Also Denise stated she would not investigate the negative slanderous remarks on my character. I stated to Denise that it is Chief Ragsdale decision to remove me not Sharon's.

I have invaluable experience and always aspire to perform at high levels, encouraging others to do the same while utilizing a personable and professional demeanor. I believe I'm deserving of an appropriate stationary position worthy of my skills and faithful service; therefore I'm requesting permanent status in the Homicide Section. This will prevent connivance and protect our organization and myself from scrupulous hidden agendas.

It is regrettable that an organization as prestigious as the US Attorney's Office is marred with personnel in leadership positions that act on personal beliefs instead of professionalism and devotion to the health and welfare of their subordinates. I have never been written up for any of the aforementioned accusation.

I have stated and established thirty years of dutifully service to this office, the attorneys, my co-workers and law enforcement. I would much prefer to handle this matter internally within our office. However, administrative and legal litigation in probable if we cannot correct and redress my concerns. Clearly for thirty years I have enjoyed the mutual respect and professional consciousness extended to me from all whom I have come in contact with during the course of my thirty years of employment here in the United States Attorney's Office. Unfortunately now that Sharon Newman has been assigned as Supervisor Paralegal Specialist I am now not of value to this office.

I intend to follow any and all avenues to protect my personal and professional reputation. I will seek to protect myself and litigate constitution violations committed against me. This will included a lawsuit if this retaliation, harassment and unwarranted force detailed do not come to a complete halt. Finally, I seek to have my continued outstanding evaluation and permanent assignment to Homicide Section.

cc: Chief Tischner
    Chief Ragsdale
    AUSA Clark
    Supervisor Newman
    HR Management Haynes

# Memorandum

Ronald C. Machen Jr.
United States Attorney
District of Columbia



| Subject: Filing formal grievance for my 2012 evaluation. I request immediate cease of retaliatory attacks, unwarranted forced details, and continued harassment; additionally violation of my constitutional rights. | Date: February 6, 2013 |
|---|---|
| To: Richard Tischner,<br>    Chief of Superior Court | From: Phaylyn M. Hunt,<br>    Paralegal Specialist |

Furthermore, I am seeking permanent status and assignment to the Homicide Section.

I Phaylyn M. Hunt have 30 years tenure of dedicated and loyal service in the United States Attorney's Office. Throughout my years of patronage the last two in the Homicide Section, I've shown respect and professionalism to all attorneys, staff and law enforcement officers. I have received exceptional evaluations and numerous awards for my work here at the United States Attorney's Office. I have worked in several sections, units in this company. I have aggressively pursued verity to enhance my performance, support my attorneys in this organization. In fact this is clearly established by my previous outstanding evaluations and awards received over my thirty years in this office.

January 23, 2013, I received a 2012 evaluation mark <u>satisfactory</u>. After viewing and questioning the outstanding employee marked as a satisfactory employee. Sharon cited the following reasons for the grade: "You don't follow office policy, shutting your office door, coming to work late without calling", when I tried to discuss the comments, she abruptly cut me off exclaiming whether or not I was going to sign the evaluation. I again attempted to address her statements and she remarked that she did not have time and she had things to do.

I expressed to Sharon she was not fair towards me thus the evaluation nor the work plan was signed. I am requesting all documents regarding my evaluation viewed by Chief Ragsdale or Deputy Chiefs from Homicide Section. Once this is fairly investigated, I will gladly sign my evaluation. I am and will continue to be an outstanding employee with this office.

January 28, 2013, Sharon Newman and Denise Clark scrupulously in comment and deed took action detrimental to my career, character and livelihood. Their ruthless intent and ongoing harassment is ridiculous and without foundation. They both appear too collaborated to harass me personally by telling me, I'm substandard and unwanted

in my current position and will be removed immediately and without proper warning or counseling.

The reasons given by Sharon via Denise are; lack of communication with my attorneys and others, not getting along with attorneys and co-workers of Homicide, and not properly notifying my attorneys when taking leave. I asked for written comments to validation and substantiate their claims and was flatly refused by Denise. Also Denise stated she would not investigate the negative slanderous remarks on my character. I stated to Denise that it is Chief Ragsdale decision to remove me not Sharon's.

I have invaluable experience and always aspire to perform at high levels, encouraging others to do the same while utilizing a personable and professional demeanor. I believe I'm deserving of an appropriate stationary position worthy of my skills and faithful service; therefore I'm requesting permanent status in the Homicide Section. This will prevent connivance and protect our organization and myself from scrupulous hidden agendas.

It is regrettable that an organization as prestigious as the United States Attorney's Office is marred with personnel in leadership positions that act on personal beliefs instead of professionalism and devotion to the health and welfare of their subordinates. I have never been written up for any of the aforementioned accusation.

I have stated and established thirty years of dutifully service to this office, the attorneys, my co-workers and law enforcement. I would much prefer to handle this matter internally within our office. However, administrative and legal litigation in probable if we cannot correct and redress my concerns. Clearly for thirty years I have enjoyed the mutual respect and professional consciousness extended to me from all whom I have come in contact with during the course of my thirty years of employment here in the United States Attorney's Office. Unfortunately now that Sharon Newman has been assigned as Supervisor Paralegal Specialist I am now not of value to this office.

I intend to follow any and all avenues to protect my personal and professional reputation. I will seek to protect myself and litigate constitution violations committed against me. This will included a lawsuit if this retaliation, harassment and unwarranted force detailed do not come to a complete halt. Finally, I seek to have my continued outstanding evaluation and permanent assignment to Homicide Section.


cc: Chief Ragsdale
    AUSA Clark
    Supervisor Newman
    HR Management Haynes

# Memorandum

Ronald C. Machen Jr.
*United States Attorney*
*District of Columbia*



| Subject: Addendum to Memorandum dated February 6, 2013. I filing formal grievance for my 2012 evaluation. I request immediate cease of retaliatory attacks, unwarranted forced details, and continued harassment; additionally violation of my constitutional rights; dated February 6, 2013. | Date: February 19, 2013 |
|---|---|
| To: Richard Tischner, Chief of Superior Court | From: Phaylyn M. Hunt, Paralegal Specialist |

Request the following changes and testimony be considered.

I am requesting permanent status in Homicide Section.

Please provide all correspondence justifying my demotion and removal, also remove derogatory documents from my personnel file and submit a letter of apology.

Prior to Sharon Newman's, Supervisory Paralegal, promotion she has demonstrated office bullying traits and harassment to co-workers other than myself. Mrs. Newman grossly abuses her authority; her malicious tactics on my work ethics, slanderous comments and character assassination are without substantiation. Denise Clark, Executive AUSA Operations and Management, is fully aware of Mrs. Newman's behavior towards me and apparently condones and encourages her to exercise deviant behavior at will.

January 28, 2013, after speaking with Ms. Clark, AUSA Todd Gee admitted to the statements made. However, he admits I have always notified him in the pass. I stated because of the accusations, I am being kicked out of the section. Attorney Gee exclaims, "Yes I complained, but did not make a big deal about it and that is no reason to throw someone out of the office. It is personal that they are throwing you out..." I walked away in disbelief that personnel appointed to supervisory positions would blatantly, and with evil intent to destroy my livelihood.

Per Ms. Clark request, I reported to Lesley Slade, Supervisor of General Crimes Section on February 11, 2013. There was no office or space available. This section is fully staffed; later a work area was located for me in Grand Jury, not the detailed area. Ms. Clark and Mrs. Newman have demoted me by removing me from my position. **Please note: There is improper staffing in Superior Court which has a Legal Assistant sitting in an office; and I am virtually in a floating status.** I was not needed in this section for a detail. Ms. Haynes will not return my call, nor email. I am alone, embarrassed, hurt, humiliated and severely depressed. **No progressive discipline, written or verbal, not a proposal stating charges against me, facts supporting the**

charges, there has never been any misconduct, or wrongdoing on my part. But Adverse Actions have been taken against me, by demotion, and removal of my position in Homicide.

Furthermore: I am claustrophobic and the space I have been dumped in is inadequate for my condition. I am unable to attain proper posture at my work station, due to the positing of the computer, which negatively affect my neck and back; cramping both. Additionally it is a constant distraction, being location in a heavily traveled area with my back turned to the procession. I also need more space for my personal items left behind in the vacant Homicide office.

I have worked diligently and shown great tenacity to work long hours to complete all assignments when needed for my entire team, especially Attorney Gee. However, Mrs. Newman and Ms. Clark have orchestrated a career lynching by dragging other attorneys to vote on my removal. Yet, not one has shown burden of proof of the three negative accusations, or have shown my work ethic to be dissatisfactory.

Please Reference: Constitutional Amendment XIV; Section 1, 3. And Constitutional Clauses (Fourteenth Amendment - 1868); Equal Protection Clause and Due Process Clause.

Thank you for your consideration.


cc: Vincent Cohen, Principal AUSA



**U.S. Department of Justice**
Complaint Adjudication Office

Agency No.   USA-2013-00507
EEOC No.     570-2014-00320X

DJ No. 187-8-310

*950 Pennsylvania Ave NW*
*Patrick Henry Building, Room A4810*
*Washington, DC 20530*

Ms. Phaylyn Hunt
8822 Surveyors Place
Springfield, VA   22152

FEB 1 6 2017

Dear Ms. Hunt:

This is in reference to the complaint of discrimination that you filed against the U.S. Attorney's Office of the District of Columbia. Enclosed is the Department of Justice's Final Order and Memorandum Explaining the Final Order. The Department of Justice agrees with the Administrative Judge's decision that the record does not support a claim of discrimination on the basis of race, color, sex, or EEO activity.

### Rights of Appeal

First, you have the right to appeal the decision to the Equal Employment Opportunity Commission (EEOC). You may file your appeal of the claim within 30 days of the date you receive this decision. If you are represented by an attorney of record, the 30-day appeal period shall begin to run the day your attorney receives this decision. The appeal must be in writing. The Commission prefers that you use EEOC Form 573, Notice of Appeal/Petition, a copy of which is attached, to appeal this decision. The notice of appeal should be sent to Carlton Hadden, Director, Office of Federal Operations, EEOC, Post Office Box 77960, Washington, D.C. 20013, by mail, personal delivery, or facsimile. You must also send a copy of your notice of appeal to Jay Macklin, General Counsel, Executive Office for U.S. Attorneys, 600 E Street NW, Room 5000, Washington, DC 20530. You must state the date and method by which you sent the copy of your notice to Mr. Macklin either on, or attached to, the notice of appeal you mail to the EEOC.

Second, you have the right to file a civil action in the appropriate United States District Court within 90 days of the date you receive this decision. In filing your federal complaint, you should name Attorney General Loretta E. Lynch, as the defendant. Even if you appeal this decision to the EEOC,

-2-

you still have the right to go to federal court. You may file a civil action in the United States District Court within 90 days of the day you receive the Commission's final decision on your appeal, or after 180 days from the date you filed your appeal with the Commission, if the Commission has not made a final decision by that time.

If you cannot afford to file a civil action, you can ask the court to allow you to file the action at no cost to you. The court may also provide you with an attorney if you cannot afford to hire one to represent you in your civil action. Questions concerning when and how to file a waiver of costs should be directed to your attorney or the District Court clerk.

Sincerely,

Robert K. Abraham
Acting Complaint Adjudication Officer

Cc:  Kimaya I. Jones
     Maricia Woodham
     Jay Macklin
     Richard Toscano



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P. O. Box 77960**
**Washington, D.C. 20013**

Apr 04, 2017

Phaylyn M Hunt
8822 Surveyors Pl
Springfield, VA 22152

Docket # : 0120171586
Filed    : 03/30/17
Agency Number(s): USA201300507

Dear Ms. Hunt:

This Commission acknowledges receipt of the above referenced appeal on the date indicated. Any statement or brief in support of the appeal must be submitted to the Commission as well as to the agency within 30 days of filing the notice of appeal. The Commission will accept statements or briefs in support of an appeal by facsimile transmittal (Fax number 202-663-7022) provided they are no more than ten (10) pages long. You are reminded that it is your responsibility to ensure that the agency receives a copy of any material you submit to this office. You should reference the above docket number in all submissions and correspondence to the Commission.

You will be notified by first class mail as soon as a decision is reached on the appeal. You are responsible for providing the Commission with notice of any change of address. The Commission will terminate the processing of the appeal if you file a civil action, in accordance with 29 CFR 1614.409.

The Commission's appellate regulations are found in Title 29, Code Of Federal Regulations, Part 1614 and at 64 Federal Register 37644 (1999). The regulations are available on the Internet on EEOC's Home Page: WWW.EEOC.gov. You are urged to review these regulations.

If you have questions regarding the processing of the appeal, please call the EEOC, Office of Federal Operations at (202) 663-4599 and ask to speak to the Officer of the Day.

Sincerely,

Robert J. Barnhart, Director
Compliance and Control Division
Office of Federal Operations

CC:
Shronda Hunt
7208 Beltz Dr
Forestville, MD 20747