## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHAYLYN M. HUNT, <br><br> Plaintiff, <br><br> v. <br><br> MERRICK B. GARLAND, <br><br> Defendant. | Civil Action No. 1:17-cv-01362 (JMC) |

### ORDER

On July 10, 2023, the Court issued an order that this case be dismissed for failure to prosecute. *See* ECF 50. To ensure full compliance with Fed. R. Civ. P. 58, the Court now issues a separate order dismissing the case for the reasons stated in its July 10, 2023 Order. This Order is the final, appealable order in the case.

The Court hereby

**ORDERS** that this case is dismissed.

**SO ORDERED.**

DATE: July 14, 2023

_____
Jia M. Cobb
U.S. District Court Judge

1